IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| BART LEVY, | : |
| | : BANKRUPTCY NO.: 23-13746-AMC |
| | : |
| Debtor. | : |

## PRAECIPE TO RESIGN

I hereby resign the appointment as Chapter 7 Trustee in the above captioned case.

Dated: September 3, 2024          */s/ Gary F. Seitz*
                                  Gary F. Seitz,
                                  Chapter 7 trustee